### Bunyan GULLEDGE v. STATE.

#### 4 Div. 725.

Supreme Court of Alabama.

June 22, 1933.

Harry Adams, of Enterprise, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Bunyan Gulledge for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Gulledge v. State, 25 Ala. App. 461, 149 So. 106.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.